**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 298 EAL 2022

          Respondent             :

                                  :   Petition for Allowance of Appeal
                                  :   from the Order of the Superior Court

        v.                         :

                                  :

RICKY DAVID D. SMITH,               :

                Petitioner           :

## ORDER

**PER CURIAM**

      **AND NOW**, this 21st day of February, 2023, the Petition for Allowance of Appeal is **DENIED**.